UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ARKANSAS STATE HOSPITAL,<br><br>        Plaintiff,<br>vs.<br><br>MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, et al.<br><br>        Defendants | Civil Action No. 07-cv-624 (SWW) |

## ANSWER

### FIRST DEFENSE

The defendants' actions are fully consistent with the applicable regulation, 42 C.F.R. § 413.40(c)(4)(ii).  That regulation is consistent with the governing statute and was promulgated in accordance with law.

### SECOND DEFENSE

The defendants answer the numbered paragraphs of plaintiff's complaint as follows:

1. This paragraph contains plaintiff's characterization of this lawsuit and provisions of the U.S. Code, not allegations of fact, so no response is required.

2. Admitted.

3. This paragraph contains plaintiff's characterization of this lawsuit, not allegations of fact, so no response is required.

4. The first sentence contains plaintiff's characterization of this lawsuit, not allegations of fact, so no response is required.  The second sentence states a conclusion of law, not allegations of fact, so no response is required.

5. This paragraph contains plaintiff's characterization of this lawsuit and conclusions of law, not allegations of fact, so no response is required.  To the extent a response is required, this paragraph is denied.

6–7. Admitted.

8. Denied.

9. The first and second sentences of this paragraph contain conclusions of law and plaintiff's characterizations of provisions of the U.S. Code, not allegations of fact, so no response is required.  The third sentence is admitted.

10. This paragraph contains plaintiff's characterizations of this lawsuit and of provisions of the U.S. Code, not allegations of fact, so no response is required.

11. This paragraph contains conclusions of law and plaintiff's characterizations of provisions of the U.S. Code, not allegations of fact, so no response is required.

12. Admitted.

13. This paragraph contains plaintiff's characterization of this lawsuit, not allegations of fact, so no response is required.

14–16. Admitted.

17–18. These paragraphs contain plaintiff's characterizations of provisions of the U.S. Code, not allegations of fact, so no response is required.

19–22. These paragraphs contain plaintiff's characterizations of notices in the Federal Register.  The cited Federal Register notices speak for themselves, and the Court is referred to the Federal Register itself for a complete and accurate statement of its contents.  To the extent that any other response is required, these paragraphs are denied.

23. This paragraph contains a conclusion of law, so no response is required.

24.     Admitted only to the extent that the plaintiff reported a target amount of $14,714.09 in its provider cost report for the cost year ending June 30, 2005.  To the extent that this paragraph makes any other statement, the defendants are without knowledge or information sufficient to form a belief as to the truth of this paragraph.

25.     Admitted.

26.     Admitted to the extent that the plaintiff reported a target amount of $14,714.09 in its provider cost report for the cost year ending June 30, 2005.  To the extent that this paragraph makes any other statement, the defendants are without knowledge or information sufficient to form a belief as to the truth of this paragraph.

27–29. Admitted.

30.     To the extent that this paragraph describes the contents of the December 20, 2006, Notice of Amount of Program Reimbursement, which is attached as an exhibit to the plaintiff's complaint, the notice speaks for itself. To the extent that this paragraph provides any additional characterization or interpretation of the notice, no response is required.

31–33. Admitted.

34.     This paragraph states conclusions of law, so no response is required. To the extent a response is required, this paragraph is denied.

35–39. These paragraphs contains plaintiff's requests for relief, not allegations of fact, so no response is required.  To the extent a response is deemed necessary, the defendants deny the allegations contained in these paragraphs and aver that the plaintiff is not entitled to any relief.

Any allegation not specifically addressed in the numbered paragraphs above is denied.

Defendant respectfully requests that the Court enter judgment dismissing this action with prejudice and awarding defendant costs and such other relief as the Court may deem appropriate.

Dated: September 18, 2007                                   Respectfully submitted,

                                                    PETER D. KEISLER
Assistant Attorney General

JANE DUKE
United States Attorney

SHEILA M. LIEBER
Deputy Director

/s/ JAMES C. LUH
JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 18, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Breck G. Hopkins
Arkansas Department of Health and Human Services
Office of Chief Counsel
P O Box 1437, Slot 5-260
Little Rock AR 72203-1437
Tel: (501) 682-8598
E-mail: BRECK.HOPKINS@ARKANSAS.GOV

                /s/ JAMES C. LUH
                JAMES C. LUH
                Trial Attorney
                United States Department of Justice
                Civil Division, Federal Programs Branch
                20 Massachusetts Ave NW
                Washington DC 20530
                Tel: (202) 514-4938
                Fax: (202) 616-8460
                E-mail: James.Luh@usdoj.gov
                Attorney for Defendants