IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARKANSAS STATE HOSPITAL                                                         PLAINTIFF

v.                          CASE NO.  4:07CV00624

MICHAEL O. LEAVITT, Secretary, U.S.
Department of Health and Human Services,
et al.                                                                          DEFENDANTS

## JUDGMENT

In accordance with the order entered today, defendants' motion for summary judgment is granted.  The case is hereby dismissed with prejudice and the parties are to bear their own costs.

IT IS SO ORDERED this 8th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE